IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLOS VALENCIA MARIN,

    Plaintiff,

v.                                                       CASE NO. 4:13-cv-65-MW/CAS

STATE OF FLORIDA,

    Defendant.

_____

## ORDER TRANSFERRING CAUSE TO
## SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

The Court has considered, without hearing, the Report and Recommendation of the Magistrate, ECF No. 11, filed March 19, 2013. No objection has been filed by the Plaintiff. The Court **APPROVES** the Report and Recommendation. The Clerk is directed to **TRANSFER** this cause to the Southern District of Florida, Miami Division.

SO ORDERED on April 8, 2013.

                                                              s/Mark E. Walker
                                                              United States District Judge